CO-526
(12/86)

**FILED**

SEP 6 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | Criminal No. _06-194_ |
| | ) | |
| _Steven McCloster_ | ) | |
| | ) | |

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
**Defendant**

_____
**Counsel for defendant**

I consent:

_____
**United States Attorney**

Approved:

_____
**Judge**