AO 455 (Rev. 5/85) Waiver of Indictment

FILED
SEP 6 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

Steven McGloster

WAIVER OF INDICTMENT

CASE NUMBER: 06-194

I, __Steven McGloster__, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __9/6/06__ prosecution by indictment and consent that the
          Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
           Judge