IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                                                     )<br>v.                                                 )<br>                                                     )<br>STEVEN MCGLOSTER              )<br>_____ ) | Cr. No. 06-194 (RJL) |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

Steven McGloster, through undersigned counsel, hereby requests a continuance of his sentencing, and states in support the following:

1. Mr. McGloster pled guilty to one count of Obtaining Funds by Fraud in violation of 18 U.S.C. § 666(a)(1)(A).

2. Mr. McGloster is currently scheduled to be sentenced before this Court on Friday, November 17, at 3:00 p.m.

3. On September 26, 2006, Mr. McGloster was admitted to Washington County Hospital due to severe chest pains. Ultimately, he had to undergo surgery to get a stint in his heart. Due to this emergency surgery, he has not yet met with the probation officer for his pre-sentence interview.

4. Mr. McGloster's pre-sentence interview has been re-scheduled for October 31, 2006.

5. In order to allow adequate time for preparation of the pre-sentence report, probation officer Kathie McGill has requested that Mr. McGloster's sentencing be held after December 18.

6. Assistant U.S. Attorney Dan Butler consents to this motion, and he and defense counsel are both available at any time on December 19, 20, or 21 for the sentencing.

WHEREFORE Mr. McGloster respectfully requests that the Court reschedule his sentencing for December 19, 20, or 21, 2006.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____

RITA BOSWORTH
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C., 20004
(202) 208-7500