IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Cr. No. 06-194 (RJL)** |
| v. ) | |
| ) | |
| **STEVEN MCGLOSTER** ) | |
| ) | |

**ORDER**

Upon consideration of defendant's unopposed motion to continue his sentencing, it is this _____ day of October, 2006, hereby

**ORDERED** that defendant's sentencing date is continued, and it is further

**ORDERED** that a new date of _____ at _____ shall be scheduled.

_____
HONORABLE RICHARD J. LEON
United States District Judge