HONORABLE RICHARD J. LEON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**JAN 9 - 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA : Docket No.: <u>06-CR-194</u>

vs. : SSN: _____

MCGLOSTER, Steven : Disclosure Date: <u>December 5, 2006</u>

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
   ( ) There are no material/factual inaccuracies therein.
   ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____  _____
Prosecuting Attorney                                                 Date

### For the Defendant

(CHECK APPROPRIATE BOX)
   ( ) There are no material/factual inaccuracies therein.
   (X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_[signature]_  1/9/07   _Rita Bosworth_  12/18/06
Defendant    Date      Defense Counsel    Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **December 19, 2006**, to U.S. Probation Officer **Kathie McGill**, telephone number **(202) 565-1421**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By: Gennine A. Hagar, Acting Chief
     United States Probation Officer

**Receipt and Acknowledgment**                                              Page 2

Page 3, # 1: Mr. McGloster's Information was filed on June 30, 2006

Page 5, #14: We object to the inclusion of the last sentence. Mr. McGloster submits that he will and would never do anything like this again, and this statement is taken out of context. We request that it be removed from the PSR.

Signed by: _Rilo Bonsott_ 
(Defendant/Defense Attorney/AUSA)

Date: 12/18/06