### HONORABLE RICHARD J. LEON, UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**

JAN 9 – 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **Docket No.:** 06-CR-194 |
| | : | |
| vs. | : | SSN: |
| | : | |
| MCGLOSTER, Steven | : | **Disclosure Date:** December 5, 2006 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case.  The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)

( ✓ )  There are no material/factual inaccuracies therein.
(  )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_Daniel P. Butler_ _____        12-10-06
**Prosecuting Attorney**                                **Date**

#### For the Defendant

(CHECK APPROPRIATE BOX)
(  )  There are no material/factual inaccuracies therein.
(  )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____        _____        _____        _____
**Defendant**              **Date**              **Defense Counsel**              **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **December 19, 2006**, to U.S. Probation Officer **Kathie McGill**, telephone number **(202) 565-1421**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**    Gennine A. Hagar, Acting Chief
          United States Probation Officer