# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. Action No. 06 cr 194 (RJL) |
| STEVEN MCGLOSTER | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED CONDITIONS OF SUPERVISED RELEASE

It is this _____30th_____ day of January, 2007, hereby

**ORDERED** that the supervised release as to Steven McGloster on January 24, 2007, is AMENDED to include three hundred (300) hours of community service.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge