UNITED STATES DISTRICT COURT
FOR THE
THE DISTRICT OF COLUMBIA

FILED
MAR 2 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Steven McGloster**   Docket No.: **CR 06-194**

### REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER a hearing on violation of probation with voluntary appearance of **Steven McGloster** on __3/22/07__ at __4pm__

### ORDER OF COURT

Considered and ordered this __28th__ day of __March__, 2007.

_____
Richard J. Leon
United States District Judge