A 245 D (Rev. DC 02/06) Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## for the District of Columbia

FILED

MAR 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

Case Number   CR06-194

STEVEN MCGLOSTER

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation
(For Offenses Committed On or After November 1, 1987)

The defendant, **STEVEN MCGLOSTER**, was represented by **RITA BOSWORTH**

It appearing that the defendant, who was sentenced on **JANUARY 9, 2007** in the above styled cause and was placed on Probation, has violated the terms of supervision;

It is hereby ORDERED and ADJUDGED, this **22ND** day of **MARCH** that the Probation Supervision of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:

**120 DAYS.**

**SUPERVISE RELEASE: FOR 3 YEARS, SAME SUPERVISED RELEASE CONDITIONS AS THE PROBATION JUDGMENT AND COMMITTMENT ORDER. SEE ATTATCHED FOR CONDITIONS FOR SUPERVISED RELEASE.**

**FIRST 120 DAYS TO BE SERVED IN HOME DETENTION/ELECTRONIC MONITORING.**

**DEFENDANT SHALL GET CREDIT FOR TIME SERVED ON PROBATION AND CREDIT FOR TIME FOR IMPRISONMENT. (REVOCATION OF 120 DAYS)**

IT IS ORDERED that the Clerk deliver a certified copy of this commitment to the United States Marshal or other qualified officer and the same shall serve as the commitment of the defendant.

Signed this 28 day of March 2007

RICHARD J. LEON, US DISTRICT COURT JUDGE

Judgment—Page _1_ of _2_

DEFENDANT: STEVEN MCGLOSTER
CASE NUMBER: CR06-194

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:

3 YEARS

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: STEVEN MCGLOSTER
CASE NUMBER: CR06-194

## SPECIAL CONDITIONS OF SUPERVISION

THE DEFENDANT SHALL BE PLACED IN THE ELECTRONIC MONITORING PROGRAM FOR A PERIOD OF 180 DAYS, TO COMMENCE WITHIN THIRTY (30) DAYS OF BEINS PLACED ON PROBATION. THE DEFENDANT SHALL PAY FOR THE ELECTRONIC MONITORING SERVICE AT A RATE THAT SHALL NOT EXCEED $3.25 PER DAY. DURING THE ELECTRONIC MONITORING PERIOD. THE DEFENDANT SHALL REMAIN AT HIS PLACE OF RESIDENCE, EXCEPT FOR EMPLOYMENT OR OTHER ACTIVITIES APPROVED IN ADVANCE BY THE BY THE PROBATION OFFICER.
THE DEFENDANT SHALL PERMIT A PROBATION OFFICER TO CONTACT THE EMPLOYER WHILE PARTICIPATING IN THE ELECTRONIC MONITORING PROGRAM. THE DEFENDANT SHALL MAINTAIN A TELEPHONE AT HIS PLACE OF RESIDENCE WITHOUT ANY SPECIAL FEATURES, MODEM, ANSWERING MACHINES, OR CORDLESS TELEPHONES DURING THE TERM OF ELECTRONIC MONITORING. THE DEFENDANT SHALL WEAR AN ELECTRONIC DEVICE AND SHALL OBSERVE THE RULES SPECIFIED BY THE PROBATION OFFICER.

THE DEFENDANT SHALL PROVIDE THE PROBATION OFFICE WITH HIS INCOME TAX RETURNS, AUTHORIZATION FOR RELEASE OF CREDIT INFORMATION, AND ANY OTHER BUSINESS OR FINANCIAL INFORMATION IN WHICH HE HAVE A CONTROL OR INTEREST. THIS CONDITION WILL REMAIN ACTIVE UNTIL THE DEFENDANT HAVE FULLY PAID THE SPECIAL ASSESSMENT AND RESTITUTION.

THE DEFENDANT IS PROHIBITED FROM INCURRING NEW CREDIT CHARGES, OPENING ADDITIONAL LINES OF CREDIT, OR NEGOTIATING OR CONSUMMATING ANY FINANCIAL CONTRACTS WITHOUT THE APPROVAL OF THE PROBATION OFFICE. THIS CONDITION WILL REMAIN ACTIVE UNTIL THE DEFENDANT HAVE FULLY PAID THE SPECIAL ASSESSMENT AND RESTITUTION.

THE DEFENDANT SHALL PARTICIPATE IN A MENTAL HEALTH TREATMENT PROGRAM, AND HE SHALL TAKE ALL MEDICATIONS AS PRESCRIBED BY HIS PSYCHIATRIST OR PHYSICIAN, AND NOT DISCONTINUE ANY MEDICATION WITHOUT PERMISSION OF THE COURT.

THE DEFENDANT SHALL PARTICIPATE IN, AND SUCCESSFULLY COMPLETE, AN RESIDENTIAL AND/OR OUT-PATIENT SUBSTANCE ABUSE TREATMENT PROGRAM, WHICH MAY INCLUDE DRUG TESTING AND DETOXIFICATION SERVICE, AS APPROVED AND DIRECTED BY THE PROBATION OFFICE.

THE DEFENDANT SHALL COMPLETE 300 HOURS OF COMMUNITY SERVICE AS DIRECTED BY THE PROBATION OFFICE.