IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.  ) <br> ) <br> STEVEN MCGLOSTER  ) <br> ) | Cr. No. 06-194 (RJL) |

**DEFENDANT'S UNOPPOSED MOTION
TO RE-SCHEDULE STATUS CONFERENCE**

Steven McGloster, through undersigned counsel, hereby requests that the court re-schedule the date of his status conference, and states in support the following:

1. On March 22, 2007, this court sentenced Mr. McGloster to 120 days of incarceration.

2. Mr. McGloster is currently incarcerated and has a status conference set for July 13, 2007, at 11:00 a.m.

3. Undersigned counsel just learned that she will be on leave on July 13, 2007.

4. Because Mr. McGloster requires the assistance of his counsel at his hearing, he requests that the court re-schedule his status conference for a date and time that his counsel is available.

5. Undersigned counsel spoke with Assistant U.S. Attorney Dan Butler, who does not oppose this request.

6. Upon speaking with Mr. Butler and the court's deputy clerk, it appears that all parties are available for the hearing on July 11, 2007, any time after 9:30 a.m.

WHEREFORE Mr. McGloster respectfully requests that the Court re-schedule his status conference for July 11, 2007, any time after 9:30 a.m.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____

RITA BOSWORTH
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C., 20004
(202) 208-7500