IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. 06-194 (RJL) |
| v. | ) | |
| | ) | |
| STEVEN MCGLOSTER | ) | |
| | ) | |

**ORDER**

Upon consideration of defendant's unopposed motion to re-schedule his status conference, it is this _____ day of June, 2007, hereby

**ORDERED** that defendant's status conference is re-scheduled, and it is further

**ORDERED** that a new date of _____ at _____ shall be scheduled.

_____
HONORABLE RICHARD J. LEON
United States District Judge