IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr. Case No. 06-00194 (RJL) |
| | : | |
| **STEVEN MCGLOSTER ,** | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF CHANGE IN COUNSEL**
**FROM THE OFFICE OF THE FEDERAL PUBLIC DEFENDER**

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender, W. Gregory Spencer has assumed responsibility for the defense of Steven McGloster in the above-captioned case. Mr. McGloster's case had previously been assigned to Assistant Federal Public Defender, Rita B. Bosworth.

Respectfully submitted,

　/s/
W. Gregory Spencer
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500